UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Kevin Eugene Teague                                      Docket No. 5:15-CR-61-1FL

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Kevin Eugene Teague, who, upon a finding of guilt by jury to Conspiracy To Defraud The United States; Bank Robbery and Aiding and Abetting; Armed Bank Robbery and Aiding and Abetting; and two counts of Using, Carrying, Brandishing and Discharging a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, was sentenced by the Honorable Richard L. Voorhees, U.S. District Judge, on November 21, 2002, to the custody of the Bureau of Prisons for a term of 183 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Jurisdiction was subsequently transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

   Kevin Eugene Teague was released from custody on December 31, 2014, at which time the term of supervised release commenced. He immediately requested to participate in HOPE Court and has been accepted into the program. As such, additional conditions of supervision are required for his participation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain | /s/ Julie Wise Rosa |
| Michael C. Brittain | Julie Wise Rosa |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8675 |
| | Executed On: March 16, 2015 |

Kevin Eugene Teague
Docket No. 5:15-CR-61-1FL
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __17th__ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge