UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kevin Eugene Teague                                      Docket No. 5:15-CR-61-1FL

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Kevin Eugene Teague, who, upon an earlier plea of guilty to Conspiracy To Defraud The United States; Bank Robbery and Aiding and Abetting; Armed Bank Robbery and Aiding and Abetting; and was found guilty by jury of two counts of Using, Carrying, Brandishing and Discharging a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, was sentenced by the Honorable Richard L. Voorhees, U.S. District Judge, on November 21, 2002, to the custody of the Bureau of Prisons for a term of 183 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Jurisdiction was subsequently transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Kevin Eugene Teague was released from custody on December 31, 2014, at which time the term of supervised release commenced. He made an immediate request to enter the HOPE Program and his conditions of supervision were modified to include participation in a cognitive behavioral program and DROPS. He has been a participant since February 2015. Teague has experienced surmounting levels of anxiety related to financial difficulties. The HOPE team encouraged the defendant to seek mental health counseling to address this issue and he has agreed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Michael C. Brittain                         /s/ Julie Wise Rosa
Michael C. Brittain                             Julie Wise Rosa
Senior U.S. Probation Officer                   U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 919-861-8675
                                                Executed On: December 11, 2015

**Kevin Eugene Teague**
**Docket No. 5:15-CR-61-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___15th___ day of ___December___, 2015 and ordered filed and made a part of the records in the above case.

*/s/ Louise W. Flanagan*
_____
Louise W. Flanagan
U.S. District Judge